Shelley WETHERELL,
*Respondent,*

*v.*

DOUGLAS COUNTY,
*Respondent,*

*and*

Randy WALKER
and Dannette Walker,
*Petitioners.*

2005-075; A130181

132 P3d 50

Stephen Mountainspring and Dole, Coalwell, Clark, Mountainspring, Mornarich & Aitken, P.C. filed the brief for petitioners.

Shelley Wetherell filed the brief *pro se.*

Paul E. Meyer waived appearance for respondent Douglas County.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Denise G. Fjordbeck, Assistant Attorney General, filed the brief *amicus curiae* for Department of Land Conservation and Development.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Wetherell v. Douglas County (A129999)*, 204 Or App 732, 132 P3d 41 (2006).